# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEANNE DUONG-MA,
INDIVIDUALLY; AND DIRECT
SOURCE PROCUREMENT, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,

Appellants,

vs.

BT SUPPLIES WEST, INC., A NEVADA
CORPORATION,

Respondent.

No. 78578

**FILED**

FEB 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a preliminary injunction. Eighth Judicial District Court, Clark County; Timothy C. Williams, Judge.

Respondent has filed a motion to dismiss this appeal as moot, with each party to bear its own attorney fees and costs. Respondent points out that the injunction expired on January 18, 2020, has not been renewed, and appellants have not moved the district court to extend the injunction. *See NCAA v. Univ. of Nevada*, 97 Nev. 56, 624 P,2d 10 (1981). This court cannot grant appellants any effective relief, it argues, and no exceptions to the mootness doctrine exist. *See Personhood Nevada v. Bristol*, 126 Nev. 599, 602, 245 P.3d 572, 574 (2010). The motion is unopposed.

Given that the injunction has expired, the district court docket sheet does not indicate that the district court has extended the injunction, and the motion to dismiss is unopposed, the motion is granted and this

appeal is dismissed as moot. Each party shall bear its own costs and attorney fees.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.          _____, J.
Hardesty                                      Cadish


cc:    Hon. Timothy C. Williams, District Judge
       Ara H. Shirinian, Settlement Judge
       CV3 Legal
       Mushkin & Coppedge
       Eighth District Court Clerk